## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:23-cv-165

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ONE GLOCK, MODEL 19GEN5 PISTOL,** ) | |
| **SERIAL NUMBER AGVX786, AND ONE** ) | |
| **ROMARM/CUGIR, MODEL MICRO DRACO** ) | |
| **PISTOL, SERIAL NUMBER** ) | |
| **ROA 22 PMD-31391** ) | |

**THIS MATTER** is before the Court on the Government's Motion for Entry of Default Judgment. (Doc. No. 8). Having considered the Motion and the pleadings the motion is GRANTED and this Court orders as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment of Forfeiture, Document No. 8, is GRANTED, and Judgment of Forfeiture is ENTERED in favor of the United States against all persons and entities with respect to the following Defendant Property:

> Glock, model 19GEN5 pistol, serial number AGVX786, and the Romarm/Cugir, model Micro Draco pistol, serial number ROA 22 PMD-31391 (the "Firearms") seized from Ward Staton on November 9, 2022.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any right, title, and interest of all persons to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**SO ORDERED.**

Signed: July 31, 2023

_____
Frank D. Whitney
United States District Judge